UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| NORMAN J. MANTON, JR. | * | CIVIL ACTION: 09-339 |
| SHERRIE BURAS MANTON | * | |
| | * | SECTION: "R" |
| VERSUS | * | |
| | * | MAGISTRATE: 03 |
| RODNEY "JACK" STRAIN, JR., ET AL. | * | |
| | * | JURY TRIAL |

* * * * * * * * * * * * * * * * * * * * * * * *

Plaintiffs' Witness List for Trial

Plaintiffs shall call the following witnesses at trial on 25 October 2010:

1. Detective Dianne Perrilloux
   Through Counsel of Record Only
   Mr. Ronald L. Wilson
   701 Poydras - Suite 4100
   New Orleans, LA 70139
   (504) 525-4361

2. Ms. Dianne Hebert
   Address Not Disclosed
   In Possession of All Counsel
   [On-Going Investigation]

3. Hon. August J. Hand
   22nd Judicial District Court
   Division "B"
   701 N. Columbia Street
   Covington, LA 70433
   (985) 809-8200

4. Stephen C. Martin, Esq.
   Assistant Attorney General
   State of Louisiana
   P. O. Box 94005
   Baton Rouge, LA 70804
   (225) 326-6265

5.  Expert Albert Cromp
    P.O. Box 735
    Folson, LA

6.  District Attorney Walter P. Reed
    701 N. Columbia Street
    Covington, LA 70433
    (985) 809-8200

7.  Sheriff Rodney J. Strain, Jr.
    St. Tammany Parish Sheriff's Office
    701 N. Columbia Street
    Covington, LA 70433
    (985) 809-8200

8.  Brian O'Cull
    St. Tammany Parish Sheriff's Office
    701 N. Columbia Street
    Covington, LA 70433
    (985) 809-8200

7.  Donald Sharp
    St. Tammany Parish Sheriff's Office
    701 N. Columbia Street
    Covington, LA 70433
    (985) 809-8200

8.  Fred Oswald
    St. Tammany Parish Sheriff's Office
    701 N. Columbia Street
    Covington, LA 70433
    (985) 809-8200

9.  Melissa Gerstner
    Chase Bank Teller
    [Federal Process Server
    Has Affidavit That
    This Witness Moved
    Out of State of Louisiana]

10. Royce Mitchell [Facts]

11. Sherrie Buras Manton [Plaintiff]

12. Norman J. Manton, Jr. [Plaintiff]

13.     Impeachment / Rebuttal

In compliance with the 15 October 2010 Order of this Court, plaintiffs have named the witnesses above, which they intend to call during their case-in-chief at trial on 25 October 2010.

| | |
|---|---|
| Respectfully submitted, | Certificate of Service |
| | I have filed this pleading with the |
| **/s/ Daniel G. Abel** | Clerk of Court and thereby served |
| | all counsel on 18 October 2010. |
| Daniel G. Abel [Bar No. 8348] | |
| Glen A. Woods [Bar No. 15071] | **/s/ Daniel G. Abel** |
| 2421 Clearview Parkway | |
| Legal Department Suite 106 | |
| Metairie, LA 70001 | |
| Office: 504.208.9610 | |
| Facsimile: 888.577.8815 | |
| *Counsel for the Mantons* | |