# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **NORMAN MANTON, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO: 09-339** |
| **RODNEY "JACK" STRAIN, JR., ET AL.** | **SECTION "R" (3)** |

## CORRECTED JUDGMENT

Pursuant to Rule 60(a) of the Federal Rules of Civil Procedure, the Judgment entered on the Court's docket on October 28, 2010, is hereby corrected as follows:

IT IS ORDERED, ADJUDGED AND DECREED that there be judgment in favor of defendants and against plaintiffs dismissing plaintiffs' federal claims with prejudice.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that there be judgment against plaintiffs dismissing plaintiffs' state-law claims against Chase Bank with prejudice and dismissing plaintiffs' state-law claims against the remaining defendants without prejudice.

New Orleans, Louisiana, this 23rd day of November, 2010.

*Sarah Vance*
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE