UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| NORMAN J. MANTON, JR. AND SHERRIE BURAS MANTON | CIVIL ACTION |
| VERSUS | NO: 09-339 |
| RODNEY "JACK" STRAIN, JR., ET AL. | SECTION: R(3) |

**ORDER**

The Court, finding that as of this date neither party has filed any objections to the Magistrate Judge's Report and Recommendations,[1] hereby approves the Report and adopts it as its opinion.

New Orleans, Louisiana, this 17th day of March, 2011.

_____Sarah Vance_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[1]   (R. Doc. 171.)